

FILED          ENTERED
              RECEIVED

JUL 06 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY

CJF7.2.20
USAO#2019R00521

BY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. RDB-19-0506** |
| | * | |
| **STEPHEN JOHNSON,** | * | (Conspiracy to Interfere with |
| **JAQUAN DAY,** | * | Commerce by Robbery, 18 U.S.C. |
| **CAMERON SPICER,** | * | § 1951(a); Interference with |
| **TYQWELL BOOKER,** | * | Commerce by Robbery, 18 U.S.C. |
| **ANTOINE RICH,** | * | § 1951(a); Brandishing a Firearm |
| **JAWUAN BOLLING,** | * | During and in Relation to a Crime of |
| and | * | Violence, 18 U.S.C. § 924(c); Aiding |
| **JESSIE WALTON, JR.,** | * | and Abetting, 18 U.S.C. § 2) |

******

Defendants.

**SECOND SUPERSEDING INDICTMENT**

**COUNT ONE**
**Conspiracy to Interfere with Commerce by Robbery (Hobbs Act conspiracy)**

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury but no later than in or about April 2019 and

continuing through April 25, 2019, in the District of Maryland and elsewhere, the defendants,

**STEPHEN JOHNSON,**
**JAQUAN DAY,**
**CAMERON SPICER,**
**TYQWELL BOOKER,**
**ANTOINE RICH,**
**and**
**JESSE WALTON, JR.,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and

unknown to the Grand Jury to knowingly and intentionally obstruct, delay, and affect commerce,

as that term is defined in 18 U.S.C. § 1951, and the movement of an article and commodity in such

1

commerce by robbery, as that term is defined in 18 U.S.C. 1951(b)(1), in that the defendants conspired to unlawfully take a controlled substance and United States currency from the person or presence of an individual engaged in trafficking controlled substances, against the victim's will by means of actual and threatened force, violence, fear of injury, immediate and future, to their persons and property.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

2

## COUNT TWO
### Interference with Commerce by Robbery (Hobbs Act Robbery)

The Grand Jury for the District of Maryland charges that:

On or about April 25, 2019, in the District of Maryland, the defendants,

**STEPHEN JOHNSON,**
**JAQUAN DAY,**
**CAMERON SPICER,**
**TYQWELL BOOKER,**
**ANTOINE RICH,**
**JAWUAN BOLLING,**
and
**JESSE WALTON, JR.,**

did knowingly and intentionally obstruct, delay, and affect commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of an article and commodity in such commerce by robbery, as that term is defined in 18 U.S.C. 1951(b)(1),or attempted to do so, in that the defendants attempted to and did unlawfully take a controlled substance and United States currency from the person or presence of an individual engaged in trafficking controlled substances and other victims, against the victims' will by means of actual and threatened force, violence, fear of injury, immediate and future, to their persons and property.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

3

## COUNT THREE
### Brandishing a firearm during and in relation to robbery crime of violence

The Grand Jury for the District of Maryland charges that:

On or about April 25, 2019, in the District of Maryland, the defendants,

**JAQUAN DAY**
**and**
**CAMERON SPICER,**

did knowingly use, carry, and brandish firearms during and in relation to a crime of violence for

which they may be prosecuted in a court of the United States, that is, interference with commerce

by robbery, as charged in Count Two of this Second Superseding Indictment, which is

incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

# REDACTED

Foreperson

_____
Date   7/1/2020

4